# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| AARON GERENDAY, | Civil Action No. |
| Plaintiff, | 4:21-cv-00056-HLM-WEJ |
| v. | JURY TRIAL DEMANDED |
| WAL-MART ASSOCIATES, INC., | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Aaron Gerenday ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant" or "Walmart") (collectively the "Parties") hereby notify the Court that the Parties have reached a resolution of this matter. The Parties anticipate filing a notice of dismissal of this action thereafter.

1

Dated: this 1st day of November, 2022   Respectfully submitted,


By: /s/ *V. Severin Roberts w/permission* By: /s/ *K. Maxwell Bernas*____
    V. Severin Roberts     K. Maxwell Bernas
    Georgia Bar No. 9400504     Georgia Bar No. 598168
    Benjamin A. Stark     FORDHARRISON LLP
    Georgia Bar No. 601867     271 17th Street, NW Suite 1900
    Barrett & Farahany     Atlanta, GA 30363
    1100 Peachtree Street, N.E.     (404) 888-3800 PHONE
    Suite 500     (404) 888-3863 FAX
    Telephone: (404) 214-0120     E-mail:  kmbernas@fordharrison.com
    Facsimile: (404) 214-0125
    E-mail: severin@justiceatwork.com
    E-mail: bstark@justiceatwork.com

                                          *Attorneys for Defendant*

    *Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

*K. Maxwell Bernas*_____
K. Maxwell Bernas

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| AARON GERENDAY,<br><br>　　Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>　　Defendant. | Civil Action No.<br>4:21-cv-00056-HLM-WEJ<br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2022, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** which will automatically send email notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　*/s/ K. Maxwell Bernas*
　　　　　　　　　　　　　　　　　K. Maxwell Bernas
　　　　　　　　　　　　　　　　　(Georgia Bar No. 598168)
　　　　　　　　　　　　　　　　　FORDHARRISON LLP
　　　　　　　　　　　　　　　　　271 17th Street, N.W., Suite 1900
　　　　　　　　　　　　　　　　　Atlanta, GA  30363
　　　　　　　　　　　　　　　　　Telephone: (404) 888-3884 Fax: (404) 888-3863
　　　　　　　　　　　　　　　　　kmbernas@fordharrison.com

　　　　　　　　　　　　　　　　　*Attorney for Defendant*

WSACTIVELLP:13539961.1

4