# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| AARON GERENDAY,<br><br>  Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>  Defendant. | Civil Action No.<br><br>4:21-cv-00056-HLM-WEJ<br><br>JURY TRIAL DEMANDED |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Aaron Gerenday and Defendant Wal-Mart Associates, Inc.by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees.

*[Signatures on following page.]*

1

Respectfully submitted this 21st day of November, 2022.

| | |
|---|---|
| **BARRETT & FARAHANY** | **FORD HARRISON LLP** |
| */s/ V. Severin Roberts* | */s/ K. Maxwell Bernas* |
| V. Severin Roberts | K. Maxwell Bernas |
| Georgia Bar No. 940504 | Georgia Bar No. 598168 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 1100 Peachtree Street, Suite 500 | 271 17th Street, NW Suite 1900 |
| Atlanta, Georgia 30309 | Atlanta, GA 30363 |
| (404) 214-0120 | (404) 888-3800 Phone |
| severin@justiceatwork.com | (404) 888-3863 Fax |
| | kmbernas@fordharrison.com |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| AARON GERENDAY,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>    Defendant. | Civil Action No.<br><br>4:21-cv-00056-HLM-WEJ<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**FORD HARRISON LLP**
K. Maxwell Bernas
kmbernas@fordharrison.com

Respectfully submitted this 21st day of November, 2022.

**BARRETT & FARAHANY**

*/s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

3